Certificate Number: 12433-PAE-DE-033245187

Bankruptcy Case Number: 19-14798



12433-PAE-DE-033245187

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on August 12, 2019, at 10:34 o'clock PM EDT, Yvonne S. Prillerman completed a course on personal financial management given by internet by Solid Start Financial Education Services, LLC, a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the Eastern District of Pennsylvania.

Date: August 13, 2019       By:   /s/Lisa Susoev

                            Name: Lisa Susoev

                            Title: Teacher