# UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF PENNSYLVANIA (PHILADELPHIA)

| | |
|---|---|
| In Re:<br><br>YVONNE PRILLERMAN,<br><br>　　　　Debtor. | Case No. 19-14798<br><br>Chapter 13 |

### APPEARANCE OF COUNSEL AND REQUEST FOR NOTICE

Pursuant to Federal Rule of Bankruptcy Procedure 2002(g), USAA Federal Savings Bank, a creditor and party in interest in the above-styled case, pursuant to Federal Rule of Bankruptcy Procedure 2002(g) requests notices required to be mailed or served in this case be directed to:

Lisa Cancanon<br>
Weinstein & Riley, P.S.<br>
11101 West 120th Avenue #280<br>
Broomfield, CO 80021<br>
lisac@w-legal.com

Pursuant to Federal Rule of Bankruptcy Procedure 9010(b), Lisa Cancanon hereby enters a Notice of Appearance as Counsel in this matter on behalf of USAA Federal Savings Bank.

　　　　　　　　　　　　　　　　　　　　/s/ Lisa Cancanon
　　　　　　　　　　　　　　　　　　　　Lisa Cancanon, Bar No. 323550
　　　　　　　　　　　　　　　　　　　　Weinstein & Riley, P.S.
　　　　　　　　　　　　　　　　　　　　Attorney for USAA Federal Savings Bank
　　　　　　　　　　　　　　　　　　　　11101 West 120th Avenue #280
　　　　　　　　　　　　　　　　　　　　Broomfield, CO 80021
　　　　　　　　　　　　　　　　　　　　Email: lisac@w-legal.com

47861782

## CERTIFICATE OF SERVICE

   I hereby certify, under penalty of perjury pursuant to 28 U.S.C. Sec. 1746, that a true and correct copy of the Notice of Appearance and Request for Notice was served on the following parties by electronic service via the Court's ECF filing system or by first-class mail on April 23, 2020:

<u>Trustee via E-Filing</u>
WILLIAM C. MILLER, Esq.
ecfemails@ph13trustee.com

<u>Debtor's Counsel via E-Filing</u>
DAVID M. OFFEN
dmo160west@gmail.com

<u>Debtor via First-Class Mail</u>
Yvonne Prillerman
816 Marlyn Road
Philadelphia, PA 19151

<u>United States Trustee via E-Filing</u>
United States Trustee
USTPRegion03.PH.ECF@usdoj.gov

/s/Regina Williams
Regina Williams,
Legal Assistant to Lisa Cancanon

47861782