IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE:                          :      Chapter 13

Yvonne Prillerman              :      No.  19-14798-MDC
   Debtor

**PRAECIPE  TO  WITHDRAW**

    Pursuant to the above-captioned matter, kindly withdraw the Modified Plan, Document No. 29 filed on 11/28/2022.

/s/ David M. Offen
David M. Offen, Esquire
Curtis Center, 1st Fl., Ste. 160 W
601 Walnut Street
Philadelphia, PA  19106
215-625-9600

Dated:  November 28, 2022