### UNITED STATES BANKRUPTCY COURT
### EASTERN DISTRICT OF PENNSYLVANIA

In Re: Yvonne Prillerman
   Debtor(s)

Case No: 19–14798–mdc

Chapter: 13

## NOTICE OF HEARING

To the debtor, the debtor's counsel, and any party in interest:

NOTICE is hereby given that a hearing will be held before the Honorable Magdeline D. Coleman , United States Bankruptcy Judge to consider:

RESCHEDULED *
Motion to Modify Plan Filed by Yvonne Prillerman Represented by DAVID M. OFFEN

on: 2/9/23

at: 11:00 AM

in: Courtroom #2, 900 Market Street, Philadelphia, PA 19107

For The Court

Date:  1/6/23

Timothy B. McGrath
Clerk of Court