**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**
**PHILADELPHIA DIVISION**

| | |
|---|---|
| **IN RE:** | **CASE NO.: 19-14798-mdc** |
| **Yvonne Prillerman** | **CHAPTER 13** |
|     **DEBTOR.** | |
| _____/ | |

## NOTICE OF WITHDRAWAL OF PROOF OF CLAIM 11-1

PLEASE TAKE NOTICE THAT, on behalf of USAA Federal Savings Bank the undersigned hereby withdraws Proof of Claim 11-1, filed by USAA Federal Savings Bank on 10/09/2019, in the amount of $30,804.73.  The debt is deemed satisfied and no further payments are due. Accordingly, any future disbursements on Claim number 11-1 should cease at this time. Any monies received after the date of this Notice will be returned to the sender.

 

**Robertson, Anschutz, Schneid Crane & Partners PLLC**
Authorized Agent for Secured Creditor
10700 Abbott's Bridge Road
Suite 170
Duluth, GA 30097
Telephone: 470-321-7112

By:  _/s/ Charles G. Wohlrab_
Charles G. Wohlrab, Esq.
Email: cwohlrab@raslg.com

**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**
**PHILADELPHIA DIVISION**

IN RE:  CASE NO.: 19-14798-mdc
Yvonne Prillerman  CHAPTER 13
    DEBTOR.
_____/

**CERTIFICATE OF SERVICE**

    **I HEREBY CERTIFY** that on April 12, 2023, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system, and a true and correct copy has been served via CM/ECF or United States Mail to the following parties:

**Yvonne Prillerman**
**816 Marlyn Road**
**Philadelphia, PA 19151**

and via electronic mail to:

**DAVID M. OFFEN**
**The Curtis Center**
**601 Walnut Street**
**Suite 160 West**
**Philadelphia, PA 19106**

**KENNETH E. WEST**
**Office of the Chapter 13 Standing Trustee**
**1234 Market Street - Suite 1813**
**Philadelphia, PA 19107**

**United States Trustee**
**Office of the U.S. Trustee**
**Robert N.C. Nix Federal Building**
**Suite 320**
**Philadelphia, PA 19107**

    BY: /s/Hayley Copher
    Hayley Copher
    Email: haycopher@raslg.com